AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00127 |
| Long Duong (AKA: Jimmy Hoang Duong) | ) | Assigned To : Upadhyaya, Moxila A. |
| | ) | Assign. Date : 6/12/2023 |
| | ) | Description: Complaint W/ Arrest Warrant |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Long Duong,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 06/12/2023

Moxila A. Upadhyaya
2023.06.12 14:57:11 -04'00'

*Complaintant's signature*

City and state: Washington, D.C.   Honorable Moxila A. Upadhyaya
*United States Magistrate Judge*

---

**Return**

This warrant was received on *(date)* 6/12/23, and the person was arrested on *(date)* 6/13/23
at *(city and state)* Worcester, MA.

Date: 6/15/23

*Arresting officer's signature*

William B. Alderson

*Printed name and title*